# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
CHRISTINA M. BROWN
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336/Fax: (702) 388- 6020

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>**GREGORY VILLEGAS**,<br>    a.k.a. Ray Matsui<br>    a.k.a. Ray Mathis<br>**CHRISTINE M. GAGNON**, and<br>    a.k.a. Lisa Foster,<br>    a.k.a. Crystal Waters<br>**MICKEY GINES**,<br><br>            Defendants. | 2:13-cr-355<br><br>EX PARTE MOTION TO UNSEAL CRIMINAL INDICTMENT<br><br>**FILED UNDER SEAL** |

The United States, by and through counsel, DANIEL G. BOGDEN, United States Attorney, and Christina M. Brown, Assistant United States Attorney, moves the Court to unseal the criminal indictment in the above-captioned case at the time of the defendants' arrest. In support, the government submits that the United States moved to seal the indictment due to the ongoing investigation. The need to keep the indictment under seal will expire at the time the defendants are arrested. Accordingly, the United States moves the Court to unseal the indictment

***

at that time.

Dated, this the 11th day of September, 2013

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Christina M. Brown*
CHRISTINA M. BROWN
Assistant United States Attorney

SO ORDERED:

*/s/*
UNITED STATES MAGISTRATE JUDGE           DATE: 9/11/13