UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 2:13-CR-355-GMN-(CWH) |
| CHRISTINE M. GAGNON, a.k.a Lisa Foster, a.k.a Crystal Waters, | ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER OF FORFEITURE**

This Court finds that on November 17, 2014, defendant CHRISTINE M. GAGNON, a.k.a. Lisa Foster, a.k.a. Crystal Waters, pled guilty to Count One of a Thirty-Two Count Criminal Indictment charging her with Conspiracy to Commit Wire Fraud in Connection with Telemarketing in violation of Title 18, United States Code, Sections 1343 and 1349. Indictment, ECF No. 1; Change of Plea, ECF No. 147; Plea Agreement, ECF No. 148.

This Court finds defendant CHRISTINE M. GAGNON, a.k.a. Lisa Foster, a.k.a. Crystal Waters, agreed to the forfeiture of the in personam criminal forfeiture money judgment of $5,261,218 in United States Currency set forth in the Plea Agreement and the Forfeiture Allegations in the Criminal Indictment. Indictment, ECF No. 1; Plea, ECF No. 147; Plea Agreement, ECF No. 148.

This Court finds that CHRISTINE M. GAGNON, a.k.a. Lisa Foster, a.k.a. Crystal Waters, shall pay a criminal forfeiture money judgment of $5,261,218 in United States Currency to the United

States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CHRISTINE M. GAGNON, a.k.a. Lisa Foster, a.k.a. Crystal Waters, a criminal forfeiture money judgment in the amount of $5,261,218 in United States Currency.

DATED this 17th day of November, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court