# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CHRISTINE M. GAGNON, ) <br> ) <br> Defendant. ) <br> ) | 2:13-cr-00355-GMN-CWH <br><br><br><br> **ORDER** |

      On January 12, 2016, this Court granted the defendant's request that new counsel be appointed, as stated on the record. (Min. Order (ECF No. 216).)

      Accordingly, IT IS HEREBY ORDERED that Philip Brown is APPOINTED as counsel for Christine M. Gagnon in place of Michael P. Kimbrell for all future proceedings.

      Michael P. Kimbrell's office shall forward the file to Mr. Brown forthwith.

DATED: January 14, 2016

_____
UNITED STATES MAGISTRATE JUDGE