PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite #130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@Thelasvegasdefender.com
Attorney for Defendant Christine Gagnon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>  Plaintiff,<br><br>  vs.<br><br>CHRISTINE GAGNON. et al.,<br><br>  Defendants. | CASE NO.: 2:13-CR-00355<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br><br>**(Eighth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Phil Brown, Esq., counsel for Defendant CHRISTINE GAGNON, that the sentencing hearing scheduled for April 13, 2017 at 9:00 a.m., be continued to a date beyond August 30, 2017, to be determined by the convenience of the Court.

This Stipulation is entered into for the following reasons:

1)   Defendant Christine Gagnon's testimony, cooperation and its usefulness cannot be evaluated by the United States Attorney until the conclusion of the

sentencing of lead defendant Gregory Villegas, which is scheduled for June 30, 2017;

2) The defendant is out of custody and agrees to the continuance of the sentencing hearing;

3) Additionally, denial of this request for continuance could result in a miscarriage of justice;

4) This is the eighth request for a continuance of the sentencing hearing;

5) It is agreed that this request to continue is sought in good faith and not for the purposes of delay.

DATED this 21st day of March, 2017.

                                      STEVEN W. MYHRE
                                      Acting United States Attorney

/s/Philip H. Brown                           /s/ Daniel Cowhig
PHILIP H. BROWN, ESQ.              DANIEL COWHIG
200 Hoover Ave, Suite #130          Assistant United States Attorney
Las Vegas, Nevada 89101
Attorney for the Defendant
Christine Gagnon

PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite 130
Las Vegas, NV  89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@Thelasvegasdefender.com
Attorney for Defendant Christine Gagnon

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINE GAGNON, et. al.,<br><br>Defendants. | CASE NO.: 2:13-CR-00355<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER** |

## FINDINGS OF FACT

Based upon the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds:

1. Christine Gagnon's sentencing is currently set for April 13, 2017;

2. Defendant Christine Gagnon's testimony, cooperation and its usefulness cannot be evaluated by the United States Attorney until the conclusion of the sentencing of lead defendant Gregory Villegas, which is currently scheduled for June 30, 2017;

3. The defendant is out of custody and agrees to the continuance of the sentencing hearing;

4. Additionally, denial of this request for continuance would likely result in a miscarriage of justice;

5. This is the eighth request for a continuance of the sentencing hearing;

6. It is agreed that this request to continue is sought in good faith and not for the purposes of delay.

7. All parties being in agreement and the best interest of justice being served:

### CONCLUSIONS OF LAW

Based upon the fact that Defendant Christine Gagnon's testimony, her cooperation and its usefulness cannot be evaluated by the United States Attorney until the sentencing of the lead defendant Gregory Villegas which is scheduled for June 30, 2017, and based upon the fact that counsel to the parties do not object to the continuance, and based on the fact that the denial of this request for continuance would likely result in a miscarriage of justice, the Court hereby concludes:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would likely result in a miscarriage of justice.

### ORDER

IT IS THEREFORE ORDERED that the sentencing currently scheduled for April 13, 2017 at 9:00 a.m., be vacated and continued to September 15, 2017, at the hour of 9:00 a.m. in Courtroom 7C.

DATED this the 23 day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE