PHILIP H. BROWN, ESQ.
Nevada Bar No. 6240
BROWN LAW OFFICES
200 Hoover Ave., Suite #130
Las Vegas, NV 89101
Telephone (702) 405-0505
Facsimile (866) 215-8145
Phil@Thelasvegasdefender.com
Attorney for Defendant Christine Gagnon

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA )
                         )
        Plaintiff,       )
                         )
    vs.                  )
                         )   CASE NO.: 2:13-CR-00355
CHRISTINE GAGNON. et al.,)
                         )
        Defendants.      )   **STIPULATION TO CONTINUE**
                         )   **SENTENCING HEARING**
                         )
                         )   **(Ninth Request)**
                         )

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, by and through Daniel J. Cowhig, Assistant United States Attorney, counsel for the United States of America, and Phil Brown, Esq., counsel for Defendant CHRISTINE GAGNON, that the sentencing hearing scheduled for September 15, 2017 at 9:00 a.m., be continued to a date at the convenience of the Court but in any event no less than sixty (60) days from the currently scheduled date.

This Stipulation is entered into for the following reasons:

-1-

1) Defendant Christine Gagnon entered into a plea agreement with the United States Attorney's Office that contemplated cooperation in the prosecution of the co-defendants;

2) Since the setting of the upcoming sentencing date, some issues regarding the paperwork and other factors have caused the defense to need additional time to properly prepare an accurate sentencing memorandum;

3) The defendant is out of custody and agrees to the continuance of the sentencing hearing;

4) Additionally, denial of this request for continuance could result in a miscarriage of justice;

5) This is the ninth request for a continuance of the sentencing hearing;

6) It is agreed that this request to continue is sought in good faith and not for the purposes of delay.

DATED this 12th day of September, 2017.

                                                               STEVEN W. MYHRE
                                                               Acting United States Attorney

| | |
|---|---|
| */s/Philip H. Brown* |     */s/ Daniel J. Cowhig* |
| PHILIP H. BROWN, ESQ. | DANIEL J. COWHIG |
| 200 Hoover Ave, Suite #130 | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | |
| Attorney for the Defendant | |
| Christine Gagnon | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA

Plaintiff,

vs.

CHRISTINE GAGNON, et. al.,

Defendants.

CASE NO.: 2:13-CR-00355

**FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based upon the pending stipulation of counsel, and good cause appearing therefore, the Court hereby finds:

1. Christine Gagnon's sentencing is currently set for September 15, 2017;

2. Defendant Christine Gagnon entered into a plea agreement with the United States Attorney's Office that contemplated cooperation in the prosecution of the co-defendants;

3. Since the setting of the upcoming sentencing date, some issues regarding the paperwork and other factors have caused the defense to need additional time to properly prepare an accurate sentencing memorandum;

4. The defendant is out of custody and agrees to the continuance of the sentencing hearing;

5. Additionally, denial of this request for continuance would likely result in a miscarriage of justice;

6. This is the ninth request for a continuance of the sentencing hearing;

7. It is agreed that this request to continue is sought in good faith and not for the purposes of delay.

8. All parties being in agreement and the best interest of justice being served:

**CONCLUSIONS OF LAW**

Based upon the fact that new issues have arisen with regard to the paperwork and other factors and that, due to those issues, Defendant Christine Gagnon needs additional time to prepare an accurate sentencing memorandum, and based upon the fact that counsel to the parties do not object to the continuance, and based on the fact that the denial of this request for continuance would likely result in a miscarriage of justice, the Court hereby concludes:

1. The ends of justice are served by granting said continuance since the failure to grant said continuance would likely result in a miscarriage of justice.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing currently scheduled for September 15, 2017 at 9:00 a.m., be vacated and continued to  Friday, November 17, 2017  at the hour of  11:00 a.m.  in Courtroom  7C .

DATED this the 13th day of        September        , 20 17 .

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of Brown Law Offices, Chartered, and is a person of such age and discretion as to be competent to serve papers. That on 12th day of September 2017, she served an electronic copy of the above and foregoing STIPULATION TO CONTINUE SENTENCING HEARING (Ninth Request) by electronic service (ECF) to the person named below:

STEVEN W. MYHRE
Acting United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney
333 Las Vegas Blvd. So., 5th Floor
Las Vegas, NV 89101

*/s/ Mary D. Brown*
_____
Employee of Brown Law Offices, Chartered