FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 16 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-CR-355-GMN-(CWH) |
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| CHRISTINE M. GAGNON, a.k.a. Lisa Foster, a.k.a. Crystal Waters, | ) |
| Defendant. | ) |

This Court found that Christine M. Gagnon, a.k.a. Lisa Foster, a.k.a. Crystal Waters, shall pay the in personam criminal forfeiture money judgment of $1,684,462 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p). Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 147; Amended Plea Agreement, ECF No. 352; Amended Preliminary Order of Forfeiture, ECF No. 354.

The in personam criminal forfeiture money judgment amount of $1,684,462 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Christine M. Gagnon, a.k.a. Lisa Foster, a.k.a. Crystal Waters, the in personam criminal forfeiture money judgment of $1,684,462, not to be held jointly and severally liable with any codefendants, with the total amount collected not to exceed $5,908,726.38,

1  pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section

2  981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code,

3  Section 982(a)(8)(B); and Title 21, United States Code, Section 853(p).

4        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies

5  of this Order to all counsel of record and three certified copies to the United States Attorney's

6  Office, Attention Asset Forfeiture Unit.

7        DATED this *16* day of _____, 2018.

8

9

10                    UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26